RECEIVED
IN MONROE, LA
AUG 0 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BRADLEY ANTLEY** | **CIVIL ACTION NO. 07-0425** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **BILLY HARRISON, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR 41.3.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this ___6___ day of ___August___, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE